# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Edgar, R. Allan | Western District of Michigan | 04/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
202 W. Washington Street, Ste. 229
Marquette, MI 49855

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | TRUST #1 |
| 2. | Trustee | TRUST #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Tennessee Consolidated Retirement System | $3,870.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | FSG Bank-Chattanooga, TN, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. | - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 3. | - Harbor International Fund | C | Dividend | M | T | | | | | |
| 4. | - T Row Price New Era Fund | B | Dividend | M | T | | | | | |
| 5. | - Harbor Capital App. Fund | A | Dividend | L | T | | | | | |
| 6. | - Vanguard Mid-Cap Index Fund | A | Dividend | M | T | | | | | |
| 7. | - CGM Realty Fund | A | Dividend | K | T | | | | | |
| 8. | - 1 Shares MSCI Pacific Ex Japan Fund | B | Dividend | K | T | | | | | |
| 9. | - Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 10. | - Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 11. | - Fidelity Fifty Fund | A | Dividend | K | T | | | | | |
| 12. | - Macquarrie Infrastructure Co. Trust | A | Dividend | J | T | | | | | |
| 13. | - 1-shares DJ US Financial Services | | None | | | Sold | 6/15/11 | K | | |
| 14. | I-shares Brazil Index Fd | A | Dividend | J | T | | | | | |
| 15. | Merril Lynch & Co. 6.15% Bond | A | Interest | | | Sold | 6/15/11 | K | | |
| 16. | IBM Corp. 7.62% Bond | B | Interest | K | T | | | | | |
| 17. | AT & T Corp. 6.7% Bond | A | Interest | | | Sold | 6/15/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Prime Oblig Money Fund | A | Interest | K | T | | | | | |
| 19. Cabot Corp. 5% Bond | B | Interest | K | T | | | | | |
| 20. FedEx Corp. 8% Bond | B | Interest | K | T | | | | | |
| 21. Roche Holding 7% Bond | B | Interest | K | T | | | | | |
| 22. Conoco Phillips 5.75% Bond | B | Interest | K | T | | | | | |
| 23. U.S. Treasury 3.375% note | B | Interest | L | T | | | | | |
| 24. Canadian Govt 2% Bond | A | Interest | L | T | | | | | |
| 25. Oakmark Equity Inc. Fund | A | Dividend | K | T | | | | | |
| 26. Landus Intl. Fund | | None | | | Sold | 6/15/11 | J | | |
| 27. BMW Bank 1.8% CD | A | Interest | | | Sold | 11/7/11 | K | | |
| 28. U.S. Treasury 3.125% Note | B | Interest | L | T | Buy | 6/15/11 | L | | |
| 29. U.S. Treasury 4.375% Note | B | Interest | L | T | Buy | 6/15/11 | L | | |
| 30. 1st Financial Bank S. Dakota CD | A | Interest | K | T | Buy | 5/21/11 | K | | |
| 31. IRA No. 2 | | | | | | | | | |
| 32. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 33. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 34. Spartan Total Market Index Fund | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Div. Int'l Fund | A | Dividend | J | T | | | | | |
| 36. Fidelity Balanced Fund | A | Dividend | J | T | | | | | |
| 37. Fidelity Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 38. Fidelity Strategic Inc. Fd | A | Dividend | J | T | | | | | |
| 39. Fidelity Dividend Growth Fd | A | Dividend | J | T | | | | | |
| 40. Fidelity Strategic Dividend and Income | A | Dividend | J | T | | | | | |
| 41. TIAA-CREF Retirement Fund | A | Dividend | L | T | | | | | |
| 42. TRUST #1: | | | | | | | | | |
| 43. - Fidelity Municipal Money Market Fund | A | Dividend | L | T | | | | | |
| 44. - Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 45. - Citigroup 6.5% | A | Interest | | | Redeemed | 1/18/11 | K | | |
| 46. - JP Morgan 6.75% | A | Interest | | | Redeemed | 2/1/11 | K | | |
| 47. - Cardinal Health 6.75% | A | Interest | | | Redeemed | 2/15/11 | J | | |
| 48. - Boeing Cap 6.1% | A | Interest | | | Redeemed | 3/1/11 | J | | |
| 49. - Am Home Prod 6.9% | A | Interest | | | Redeemed | 3/15/11 | J | | |
| 50. - Morgan Stanley 6.75% | A | Interest | | | Redeemed | 4/15/11 | J | | |
| 51. - Caterpillar Inc. 6.55% | A | Interest | | | Redeemed | 5/2/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Hormel Foods 6.625% | A | Interest | | | Redeemed | 6/1/11 | J | | |
| 53. - Ford Motor Credit 7.25 | A | Interest | | | Redeemed | 10/25/11 | K | | |
| 54. - Honeywell Int'l 6.125 | A | Interest | | | Redeemed | 11/1/11 | J | | |
| 55. - Lehman Bros 6.625% | | None | J | T | | | | | |
| 56. - General Electric Cap 6% | A | Interest | J | T | | | | | |
| 57. - Bank of America 4.875% | A | Interest | J | T | | | | | |
| 58. - Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 59. - U S Treasury 8.125% | A | Interest | J | T | | | | | |
| 60. - WalMart 7.55% | A | Interest | K | T | | | | | |
| 61. - Spartan Total market Index Fund | C | Dividend | M | T | | | | | |
| 62. - Fidelity Div Int'l Fund | A | Dividend | K | T | | | | | |
| 63. - Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 64. - Fidelity Mega Cap Fd | A | Dividend | J | T | | | | | |
| 65. Barclays Bk Del. 2.8% CD | C | Interest | L | T | | | | | |
| 66. First Chicago Bk 2.0% CD | A | Interest | | | Redeemed | 7/13/11 | K | | |
| 67. I-Shares- Russell 2000 Index Fd | A | Dividend | K | T | Buy | 4/19/11 | K | | |
| 68. Fidelity High Income Fd | A | Dividend | K | T | Buy | 10/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST #2 | | | | | | | | | |
| 70. - Vanguard Pacific Index Fund | | None | | | Sold | 10/26/11 | | | |
| 71. - Vanguard European Index Fund | | None | | | Sold | 1/12/11 | | | |
| 72. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 73. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 74. - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | Sold (part) | 1/11/11 | | | |
| 75. - T Row Price New Era Fund | A | Dividend | K | T | | | | | |
| 76. - Vanguard Mid-Cap Index Fd | A | Dividend | J | T | Buy | 1/11/11 | | | |
| 77. - Vanguard Divident Growth Fd | A | Dividend | J | T | Buy | 10/27/11 | | | |
| 78. John Hancock Universal Life Insurance | B | Interest | K | T | | | | | |
| 79. SunTrust Bank-Accounts | A | Interest | K | T | | | | | |
| 80. Peninsula Bank-Account (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII --

I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544